UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BETSY McCAUGHEY,

Plaintiff,

- against - 1:26-cv-03042 (KPF)

KATHY HOCHUL, in her representative capacity as Governor of the State of New York, and THE NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION,

Defendants.

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)**

PLEASE TAKE NOTICE that the within Complaint and action are voluntarily dismissed by plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(A) without prejudice.

Dated: New York, New York
June 17, 2026

PAUL BATISTA, P.C.

By: ____________________
Paul Batista
*Attorneys for Plaintiff*
26 Broadway, Suite 1900
New York, New York 10004
631 377 0111
Batista007@aol.com

TO: CLERK OF THE COURT
Plaintiff Betsy McCaughey